## In the Matter of Dennis Leddy.

A warrant of commitment charging that L. "did, on the 20th day of April instant, enter the possession of O., and wrongfully and feloniously take and drive away from the possession of the said O. forty-five sheep and twenty lambs, of the value of $180," shows no criminal offense.

A Justice who commits a person for trial must fix the amount of bail, and if he fail to do so the commitment will be invalid.

*Heard and decided April 23d.*

Habeas Corpus. The petitioner was confined in the Wayne County jail under the following commitment:

"State of Michigan: County of Wayne, ss.: To the sheriff of the county of Wayne, and to any constable of said county, and to the keeper of the jail of said county, greeting:

"Whereas, John Carr, heretofore made complaint before me, the subscriber, a Justice of the peace of the township of Romulus in said county, against Dennis Leddy, representing that the said John Carr, of the township of Romulus, hath made complaint to me under oath, in behalf of the People of the State of Michigan, that the said Dennis Leddy, of the township of Romulus or Huron, in said county, did, on the 20th day of April instant, enter the possession of the said John Carr, and wrongfully and feloniously take and drive away from the possession of the said John Carr, forty-four sheep and twenty-three lambs, of the value of one hundred and eighty dollars; whereupon, in pursuance of the statute, I issued my warrant for the apprehension of the said Dennis Leddy, and he was apprehended and brought before me at my office in the township of Romulus, on the 21st day of April instant, when and where I proceeded to read the complaint to the said Dennis Leddy, and after reading the same to him in his hearing in open court, he, the said Dennis Leddy, plead guilty to the charge set forth in said complaint, and refused to give bail.

"You are therefore commanded, in the name of the People of the State of Michigan, to commit the said Dennis Leddy to the jail of the county of Wayne, and the keeper of the said jail is hereby commanded to receive the said Dennis Leddy into your custody in the said jail, to be there detained until he shall be discharged according to law; and for so doing this shall be your warrant.

"Given under my hand and seal at Romulus, in said county, this 21st day of April, A. D. 1863.

ROBERT FULFORD, *Justice of the Peace.*" ·

*C. P. Crosby,* for the petitioner.

THE COURT held the commitment invalid: *First,* because it set forth no criminal offense: *Second,* because the amount of bail was not fixed by the Justice.

*Petitioner discharged.*